**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
**CRIMINAL ACTION NO. 3:09CR-97-R**

**COMMONWEALTH OF KENTUCKY**                                        **RESPONDENT/PLAINTIFF**

v.

**JA-RON S. TEAGUE**                                                              **PETITIONER/DEFENDANT**

## MEMORANDUM OPINION

This matter is before the Court on Petitioner/Defendant Ja-Ron S. Teague's petition to remove his criminal proceeding pursuant to 28 U.S.C. § 1443. Teague previously attempted to remove this same criminal action to this federal district court. *See Commonwealth of Kentucky v. Teague*, Criminal Action No. 3:09CR-73-S. The Honorable Charles R. Simpson III remanded Teague's action after finding that removal was not proper under 28 U.S.C. § 1443. As procedural guidance, however, the Court advised Teague at that time that should he "believe that his federal constitutional rights have been violated during his criminal proceeding, he should first exhaust his available state-court remedies (on direct appeal and by way of any post-conviction collateral attacks, such as a RCr 11.42) and then file a federal habeas petition under 28 U.S.C. § 2254." Instead of heeding the Court's advice, Teague has yet again attempted to remove this same criminal action to this Court.

The Court incorporates by reference the rationale for remand explained in Judge Simpson's Memorandum Opinion in the prior action, *Commonwealth of Kentucky v. Teague*, Criminal Action No. 3:09CR-73-S, DN 5. For the same reasons that Judge Simpson remanded Teague's prior attempt to remove this criminal case, the Court finds that this attempt to remove also fails as there is still is no basis for removal of this action under 28 U.S.C. § 1443.

Consistent with this Memorandum Opinion, the Court will enter an Order remanding this action back to the Jefferson County Circuit Court.

Date:

cc:	Petitioner/Defendant
	Clerk, Jefferson Circuit Court
	Jefferson County Attorney
4413.008